[945 NE2d 1028, 920 NYS2d 777]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIRAY M. PAIGE, Appellant.

Decided March 29, 2011

APPEARANCES OF COUNSEL

*Gregory D. LaDuke*, Lake Placid, for appellant.

*Derek P. Champagne, District Attorney*, Malone (*Glenn Mac-Neill* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Whether an officer had a reasonable belief that the subject of the arrest warrant was in the home so as to demand entry into the residence is a mixed question of law and fact, which, if supported by record evidence, is beyond further review by this Court (*see generally People v Francois*, 14 NY3d 732 [2010]). We conclude that record evidence exists to support the determinations of the courts below.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.